IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFF SALSIEDER,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                              Case No. 13-cv-838-bbc

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, LISA STEINKAMP,
in her official and individual capacities, and
ROBERT GOLDEN, in his official and individual capacities,

        Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Board of Regents of the University of Wisconsin System, Lisa Steinkamp and Robert Golden dismissing plaintiff Jeff Salsieder's amended complaint.

      _____s/ A. Wiseman, Deputy Clerk_____      _____April 25, 2014_____
          Peter Oppeneer, Clerk of Court                    Date